CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JONATHAN C. AMINOFF (Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
DOMINICK KINGDIAMOND ALVARADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOMINICK KINGDIAMOND ALVARADO,

Defendant.

Case No. 23-203-JFW

**DEFENDANT'S SUPPLEMENTAL STATEMENT AND EXHIBITS TO SENTENCING POSITION**

Defendant Dominick Alvardo files this supplement to his previously filed sentencing position paper to clarify some issues and provide additional exhibits in support of his position.

As detailed in the previously filed plea agreement, dkt. 50, Mr. Alvarado sold pills containing fentanyl to M.B. and R.A. M.B. then shared those pills with C.K., K.J. and R.A., and then C.K. apparently overdosed on one of those pills the next day. R.A. shared the pills he purchased with H.G. and A.D., and A.D. apparently overdosed on one of those pills. To be clear: M.B., C.K., K.J., R.A., H.G., and A.D. all knew that the pills they purchased contained fentanyl, they intended to consume fentanyl, and they were not tricked into believing the pills contained anything other than fentanyl. This is undisputed.

The discovery indicates that both A.D. and C.K. had serious drug problems and were likely addicted to fentanyl. The same can be said for M.B., R.A., and K.J. Indeed, on December 6, 2022, several months after the deaths of C.K. and A.D., R.A. and H.G. supplied K.J., M.B., and a third person named L.S. with fentanyl powder. Indeed, R.A. and H.G. had snorted some of the powder the night before and H.G. overdosed and required medical attention. After using the powder on December 6, all 5 people (R.A., H.G., K.J., M.B., and L.S.) overdosed and required medical care. Paramedics indicated that R.A., H.G., and L.S. likely would have died without medical attention. R.A. acquired the fentanyl powder from a drug dealer identified as “Xavier,” and Mr. Alvarado was in no way involved in this incident. Instagram messages provided in discovery indicate that R.A., M.B., and K.J. continued to use drugs including fentanyl after the deaths of A.D. and C.K.

M.B., R.A., K.J., C.K. and A.D. were all recent graduates of Saugus High School. They had been using drugs for some time and had several drug suppliers. Their respective addictions to fentanyl predated their association with Mr. Alvarado. Although C.K. was only 18 when he died, and A.D. was only 17, there is no evidence that Mr. Alvarado, then only 21, knew their ages or anything about them, including that

they were recent high school graduates. As previously noted, Mr. Alvarado did not know A.D., and only had very limited contact with C.K. Although the government emphasizes that Mr. Alvarado did attempt to sell drugs on occasion after A.D. and C.K. died, but before he was arrested (federally) and charged in this case, there is no evidence that Mr. Alvarado knew that either A.D. or C.K. had died.

On page 4 of its position paper, the government quotes an Instagram message apparently sent by Mr. Alvarado in which he uses the term "trapping." The parties understand the term "trapping" to refer to selling drugs, and has nothing to do with the addictive nature of drugs or otherwise confining a drug addict.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 2, 2024

By * /s/ Jonathan C. Aminoff*

JONATHAN C. AMINOFF
Deputy Federal Public Defender
Attorney for DOMINICK KINGDIAMOND ALVARADO